

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-20-00004-CV

Marilyn **WASHINGTON** and Texas Organizing Project Education Fund, City of San Antonio, Texas, Ron Nirenberg, Erik Walsh, and Jennifer Herriot,
Appellants

v.

**ASSOCIATED BUILDERS** and Contractors of South Texas Inc., et. al.; Texas Retailers Association, Association of Convenience Store Retailers, and South Texas Merchants Associations,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI13921
Honorable Peter Sakai, Judge Presiding

# O R D E R

On January 24, 2020, appellees filed a "Partially Agreed/Partially Opposed Motion to Abate Appeal." It is ORDERED that any party that wishes to file a response to the motion must do so within ten (10) days of the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court